# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DUSTIN SHANE PETTY,**

    *Petitioner*,

v.     Case No.: 1:24cv188-MW/MJF

**DARBY BUTLER, et al.,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. The Magistrate Judge recommends dismissal for failure to prosecute and failure to comply with Court Orders. This Court has independently verified that neither of the Magistrate Judge's prior orders have been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for failure to prosecute and failure to comply with Court Orders."

The Clerk shall close the file.

    **SO ORDERED on February 6, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
